**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Yankton Sioux Tribe, | No. CIV 07-1119-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. |  |
| Mary T. Wynne, et al., |  |
| Defendants. |  |

Pending before the Court is Defendants' Motion for Additional Time to Reply to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss or for Change of Venue. (Dkt 11)  Good cause appearing,

**IT IS ORDERED GRANTING** Defendants' Motion for Additional Time to Reply to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss or for Change of Venue. (Dkt 11)  Defendants shall have through **July 25, 2007** to file their Reply.

DATED this 9th day of July, 2007.

Stephen M. McNamee
United States District Judge