1   **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9   Yankton Sioux Tribe,                )   No. CIV 07-1119-PHX-SMM
                                         )
10              Plaintiff,               )   **ORDER**
                                         )
11   v.                                  )
                                         )
12                                       )
     Mary T. Wynne, et al.,              )
13                                       )
                Defendants.              )
14                                       )
                                         )
15   _____)

16          Pending before the Court is Plaintiff's unopposed Motion for Extension of Time to

17   Respond to Defendants' Motion to Dismiss for Lack of Standing. (Dkt 17) Good cause

18   appearing,

19          **IT IS ORDERED GRANTING** Plaintiff's Motion for Extension of Time to Respond

20   to Defendants' Motion to Dismiss for Lack of Standing. (Dkt 17) Plaintiff's shall have

21   through **August 17, 2007,** to file their Response to Defendants' Motion to Dismiss for Lack

22   of Standing.

23          DATED this 13th day of August, 2007.

24

25

26

27                                              Stephen M. McNamee
                                                United States District Judge
28